IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

STEVEN C. HAYES                                                                                          PLAINTIFF

v.                                         Civil No. 6:20-cv-6058

DR. THOMAS N. DANIEL, *et al.*                                                                DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed August 25, 2021, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 91). Judge Ford recommends that the Court deny Plaintiff's Motion for Reconsideration (ECF No. 90) of this Court's Order denying Plaintiff's fourth untimely attempt to supplement his Complaint in violation of the Court's Scheduling Order. Judge Ford also recommends that the Plaintiff be advised that the Court's authority to manage cases includes "the ability to fashion an appropriate sanction for conduct which abuses the judicial process." *Goodyear Tire & Rubber Co. v. Heager*, 581 U.S. ___, 137 S. Ct. 1178, 1186 (2017) (quoting *Chambers v. NASCO, Inc.*, 501 U.S. 32, 44-5 (1991)). The Plaintiff is hereby cautioned that sanctions for abuse of the judicial process may include the outright dismissal of a case. *See Chambers*, 501 U.S. at 45; *see also* Fed. R. Civ. P. 16(f) and 37(b)(2)(A)(ii)-(vii).

Plaintiff has not filed objections to the Report and Recommendation and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation (ECF No. 91) *in toto*. Plaintiff's Motion for Reconsideration (ECF No. 90) is **DENIED**.

**IT IS SO ORDERED**, this 21st day of September, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge