IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

STEVEN HAYES                                                                                         PLAINTIFF

v.                                            Civil No. 6:20-cv-6058

DR. THOMAS N. DANIEL; DR.
NANETTE VOWELL; PHYSICIAN
ASSISTANT SHARONDA S. LONG;
DR. LARRY DAVIS D.D.S.; DR.
MADISON TALLIAFERRO, D.S.S.;
NURSE JASON M. JELLEY; DR.
JEFFERY STIEVE; OMBUDSMAN
CHARLOTTE GARDNER; STAN
WOFFORD; JORGE DOMINICIS;
GERALD "JERRY" BOYLE; NURSE
PARSONS; MAIL ROOM
SUPERVISOR SUE ALFORD; and
CRYSTAL MCCOY                                                                                     DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed June 24, 2022, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 121). Judge Ford recommends that the Court grant Defendants' summary judgment motions (ECF Nos. 93, 108) and dismiss this case with prejudice.

Plaintiff has not filed objections to the Report and Recommendation and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation (ECF No. 121) *in toto*. The motions for summary judgment (ECF Nos. 93, 108) are **GRANTED**. This case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 12th day of July, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge